UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

VINCENT T. GALLEGOS,

    Plaintiff,

v.                                                Civ. No. 19-604 GJF

ANDREW SAUL, *Commissioner of
the Social Security Administration*,

    Defendant.

## ORDER GRANTING ATTORNEY FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

The Court, having reviewed the parties' "Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [EAJA]" [ECF 28], **HEREBY ORDERS** that attorney fees are awarded under the EAJA (28 U.S.C. § 2412), payable to Plaintiff but mailed to his attorney in the amount of $4,949.50. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED THAT**, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575,580 (10th Cir. 1986).

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*